AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11999731

for the

District of Columbia

**RECEIVED**

*By USMS District of Columbia District Court at 1:08 pm, Aug 05, 2026*

United States of America
v.

JAHI WILLIAMS
also known as "Jahh,"

*Defendant*

Case: 1:24-cr-00518
Assigned To: Judge Dabney L. Friedrich
Assign Date: 8/4/2026
Description: SUPERSEDING INDICTMENT (B)
Related Case No. 24-cr-518 (DLF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAHI WILLIAMS also known as "Jahh," , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute 280 Grams or More of Cocaine Base, 40 Grams or More of Fentanyl, 500 Grams or More of Cocaine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii) (Unlawful Manufacture and Possession with Intent to Distribute 280 Grams or More of Cocaine Base)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Unlawful Possession with Intent to Distribute 40 Grams or More of Fentanyl)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) (Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine)
18 U.S.C. § 924(c)(1)(B)(ii) (Using, Carrying, and Possessing a Machinegun During and in Relation to a Drug Trafficking Offense)
22 D.C. Code § 4514(a) (Possession of a Prohibited Weapon)

Date: 08/04/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Hon. G. Michael Harvey
*Printed name and title*

### Return

This warrant was received on *(date)* 8/5/26 , and the person was arrested on *(date)* 8/18/26
at *(city and state)* Washington, DC .

Date: 8/18/26

*Arresting officer's signature*

Greg Srey Dvsm
*Printed name and title*